UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRYAN BEVAN,

    Plaintiff,

v.                                                                    Case No. 3:17-cv-1304-J-20JRK

PROCOLLECT, INC.,

    Defendant.
_____/

## ORDER

Before the Court is the parties' "Stipulated Notice of Dismissal Without Prejudice" (Dkt. 9).

Accordingly, it is hereby **ORDERED**:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this case is **DISMISSED without prejudice**, with each party to bear its own fees and costs; and

2. The Clerk is directed to **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida, this ___1st___ day of May, 2018.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Max H. Story, Esq.
Ronnie Guillen, Esq.